```
JANE BIN YU
P.O. BOX 82
ALVISO, CA 95002
```

**UNITED STATES DISTRICT COURT OF**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 16 1545 PSG

| | |
|---|---|
| JANE BIN YU | ) Case No. |
| | ) (PROPOSED) ORDER |
| Plaintiff, | ) NOTICE OF LIS PENDENS |
| vs. | ) 28 U.S.C.A §1964 |
| | ) CIVIL CODE 761.010 |
| AMERICA'S WHOLESALE LENDER | ) Cal. Civ. Proc. Code § 405.21 |
| ALL PERSONS KNOWN or Entities | ) |
| Unknown, Claiming Any Legal Or | ) |
| Equitable Right, Title | ) |
| Estate, Lien or Interest In The | ) |
| Property Described In the | ) |
| Petition Adverse To Plaintiff | ) |
| title, JANE BIN YU Or Any Cloud | |
| upon Plaintiff's title thereto" | |
| | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property as described herein was commenced on 3/29/2016 in the above-named court by Plaintiff JANE BIN YU against the above Defendant AMERICA'S WHOLESALE LENDER

This Action is now pending in the above named court. Unknown Claiming Any Legal Or Equitable Right, Title Estate, Lien or Interest In The Property Described In the Petition Adverse To JANE BIN YU Or Any Cloud On title.

The action affects the title of real property commonly known as: 1462 MICHIGAN AVE., ALVISO, CA 95002 located in SANTA CLARA County, State of California.

1

(PROPOSED) ORDER NOTICE OF LIS PENDENS

Legal Description: County of SANTA CLARA , State of California, described as follows:

LOT 51 AND 52, BLOCK B, AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP OF NEW CHICAGO", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON APRIL 11, 1890 IN BOOK "D" OF MAPS AT PAGES 184 AND 185.

Assessor's Parcel No: <u>015-06-017</u>

Dated: 3-29-16                         <u>Jane Bin Yu</u>
                                        (Signature)

                                        <u>JANE BIN YU</u>
                                        in Pro Per

Dated: <u>March 29, 2016</u>            Signed: Paul S. Grewal

                                        Hon. <u>Paul S. Grewal</u>
                                        (Judge's name)

2

(PROPOSED) ORDER NOTICE OF LIS PENDENS